IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SADIE MCKENNA,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 2:08-CR-461 TS |

This matter is before the Court on Defendant's *Pro Se* Motion for Early Termination of Supervised Release. Having considered the file, the circumstances presented by this case, and being otherwise fully informed, the Court will grant Defendant's Motion, as set forth below.

BACKGROUND

On July 16, 2008, Defendant was indicted on three counts of Theft of Mail and one count of Possession of Stolen Mail. On October 29, 2008, Defendant pleaded guilty to one count of Theft of Mail and one count of Possession of Stolen Mail. Defendant was sentenced, on January 12, 2009, to time served and a 36 month term of supervised release.

1

Defendant has served over one year of her supervised release term and now seeks to terminate her supervised release. The government has responded that it has no objection to Defendant's request. In her Motion, Defendant represents that she has: no violations of her supervised release, successfully completed the state court drug program, successfully terminated her state supervision, maintained full time employment, remained drug free, and become a member of the state drug court alumni program. Defendant's supervising officer confirms that Defendant has been fully compliant with her supervised release.

## DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is 1) warranted by the conduct of an offender and 2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 82) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

SO ORDERED.

DATED this 15th day of April, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge